FILED

07 NOV 27 AM 12:17

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KNH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    07 CR 3191 — JAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO MORALES-RAMIREZ,<br><br>    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |

The grand jury charges:

Count 1

On or about September 23, 2007, within the Southern District of California, defendant JOSE ANTONIO MORALES-RAMIREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from

//

//

RSK:nlv:San Diego
11/27/07

Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JOSE ANTONIO MORALES-RAMIREZ was removed from the United States subsequent to January 26, 2004.

Count 2

On or about September 23, 2007, within the Southern District of California, defendant JOSE ANTONIO MORALES-RAMIREZ did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer W. Drummond, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: November 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney