FILED

07 NOV 27 AM 11:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KNH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3191 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JOSE ANTONIO MORALES-RAMIREZ, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Jose Antonio Morales-Ramirez, Criminal Case No. 07CR2948-JAH.

DATED: November 27, 2007.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney