1 HEATHER R. ROGERS
California State Bar No. 229519
2 Law Offices of Heather Rogers
427 C. Street, Suite #300
3 San Diego, California 92101
Telephone: (619) 233-3169, x.16
4 Fax: (619) 684-2796
heather_rogers@rogersdefense.com
5
Attorney for Mr. Morales-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3191-JAH |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| JOSE ANTONIO MORALES-RAMIREZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon the attorneys of record:

**Assistant United States Attorney's Office**
efile.dkt.gc2@usdoj.gov.

Dated: December 21, 2007              /s/ Heather R. Rogers
                                       **HEATHER R. ROGERS**
                                       Attorney for Mr. Morales-Ramirez